UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.

        Plaintiff,

    - vs. -

APL CO. PTE LTD.,

        Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Clerk of Court is directed to strike Plaintiff's Complaint due to a scanning error so that the Plaintiff may refile a corrected copy.

Dated:  New York, New York
         December 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge