UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

          Plaintiff,

    -against-

APL CO PTE LTD.,

          Defendant,

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The parties will engage in settlement discussions over the next thirty days. By **January 9, 2021**, the parties will submit a joint letter regarding the status of their settlement negotiations.

    Plaintiff will file any amended complaint by **December 17, 2020.**

Dated: New York, New York
       December 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge