UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| LITTLE RIVER SEAFOOD, INC., <br><br> Plaintiff, <br><br> - against - <br><br> APO CO PTE LTD., <br><br> Defendants. | **ORDER** <br><br> 20 Civ. 4049 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Case Management Plan (Dkt. No. 22) is amended as follows:

- The parties must complete fact discovery no later than **July 27, 2021**.

- The parties must complete depositions of fact witnesses by **July 27, 2021**.

- The parties must serve requests to admit no later than **June 29, 2021**.

- The parties must complete expert discovery no later than **September 7, 2021**.

- Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **July 27, 2021**.  Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **August 16, 2021**.

- Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **August 16, 2021**.  Opposition letters are due **August 23, 2021**.

The next conference is scheduled for **June 24, 2021 at 10:30 a.m.**

Dated: New York, New York
       April 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge