UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

                Plaintiff,

- against -

APO CO PTE LTD.,

                Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Case Management Plan (Dkt. No. 22) and this Court's April 23, 2021 order (Dkt. No. 26) are amended as follows:

- The parties must complete fact discovery no later than **September 27, 2021**.

- The parties must complete depositions of fact witnesses by **September 27, 2021**.

- The parties must serve requests to admit no later than **August 30, 2021**.

- The parties must complete expert discovery no later than **November 8, 2021**.

- Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **September 27, 2021**. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **October 18, 2021**.

- Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **October 18, 2021**. Opposition letters are due **October 25, 2021**.

The next conference is scheduled for **August 20, 2021 at 10:45 a.m.**

Dated: New York, New York
       June 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge