UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

LITTLE RIVER SEAFOOD, INC.,

               Plaintiff,

      - against -

APO CO PTE LTD.,

               Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for August 20, 2021 is adjourned to **Thursday, October 7, 2021 at 9:15 a.m.**

Dated: New York, New York
       August 20, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge