UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

        Plaintiff,

    -against-

APL CO PTE LTD.,

        Defendant,

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for October 21, 2021 is adjourned to **November 12, 2021 at 9:45 a.m.**

Dated: New York, New York
       October 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge