UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

            Plaintiff,

      -against-

APL CO PTE LTD.,
            Defendant.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for November 12, 2021 is adjourned to

**November 16, 2021 at 11:00 a.m.**

Dated: New York, New York
       October 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge