UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LITTLE RIVER SEAFOOD,

                Plaintiff,

-against-

APL CO. PTE LTD.,

                Defendant.
------------------------------------------------------------------

**ORDER**

**20-CV-4049 (PGG) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

On September 23, 2022, the Parties filed a status update letter with the Court. The Parties requested additional time to allow the Parties to finalize the settlement. The request for additional time is GRANTED. A status update letter will be due by **October 21, 2022**. If by that time settlement will not be finalized, the Parties are instructed to **email** Chambers with a more detailed explanation as to why settlement has not been finalized. Such explanation **should not** be filed.

SO ORDERED.

Dated: September 27, 2022
       New York, New York

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

1