UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LITTLE RIVER SEAFOOD,

                Plaintiff,                   **ORDER**

      -against-                       **20-CV-4049 (PGG) (JW)**

APL CO. PTE LTD.,

                Defendant.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The Parties in this case were ordered provide a status update to the Court by October 21, 2022. Three days past that deadline, on October 24, 2022, the Parties emailed the Court requesting additional time to finalize the long-pending settlement in this case. The request for additional time is GRANTED. A status update letter will be due by **November 18, 2022**. If by that time settlement will not be finalized, the Parties are instructed to **email** Chambers with a more detailed explanation as to why settlement has not been finalized. Such explanation **should not** be filed.

     SO ORDERED.

Dated:    October 25, 2022
           New York, New York

                                                                                       _____
                                                                                         JENNIFER E. WILLIS
                                                                                         United States Magistrate Judge