UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

                    Plaintiff,

          - against -

APL CO. PTE LTD.,

                    Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          It is hereby ORDERED that there shall be a conference in this matter on

**Thursday, December 1, 2022, at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall**

**United States Courthouse, 40 Foley Square, New York, New York**.

Dated:  New York, New York
        November 29, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge