UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

          Plaintiff,

   - against -

APL CO. PTE LTD.,

          Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for January 27, 2023 is canceled. The parties will submit a joint letter on the status of settlement by **January 27, 2023 at 5:00 p.m.**

Dated: New York, New York
       January 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge