UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTLE RIVER SEAFOOD, INC.,

        Plaintiff,

- against -

APL CO. PTE LTD.,

        Defendants.

**ORDER**

20 Civ. 4049 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for March 10, 2023 is adjourned to **March 17, 2023 at 10:00 a.m.**

Dated: New York, New York
       March 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge